UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FOLAJI AKINBAYODE,<br><br>            Petitioner,<br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>            Respondents. | Case No. 3:22-cv-00403-ART-CLB<br><br>ORDER |

*Pro se* Petitioner Folaji Akinbayode has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1. He has not, however, properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court.

The Court may authorize an indigent inmate to begin a habeas action without paying the $5.00 fee if he or she submits an IFP application on the court's approved form. *See* 28 U.S.C. § 1915(a), LSR 1-1, LSR 1-2.

Accordingly, Akinbayode will have 45 days from the date of this order to either pay the $5.00 filing fee or submit a complete IFP application.

It is therefore ordered that the initial screening of Petitioner Folaji Akinbayode's petition for writ of habeas corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred to until such time as he has fully complied with this order.

It is further ordered that the Clerk is directed to send Akinbayode the application form for inmates to proceed *in forma pauperis*. Within 45 days of the date of this order, Akinbayode must file a completed and signed application. Alternatively, Akinbayode must pay the $5.00 filing fee within 45 days. If

1

Akinbayode decides to pay the filing fee from his inmate account, Akinbayode must arrange to have a copy of this order attached to the check for the filing fee. Akinbayode's failure to timely comply with this order will result in the dismissal of his petition without prejudice and without further advance notice.

DATED THIS 15th day of September, 2022.

*[signature]*

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE